# UNITED STATES DISTRICT COURT
**District of Minnesota**

UNITED STATES OF AMERICA

Plaintiff

-vs- Civil Action CIV. 01-122 (JRT/RLE)

JEFFREY P. WACKER

Defendant

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant, Jeffrey P Wacker, is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, United States of America.

**DEFAULT IS HEREBY ENTERED** against

JEFFFREY P. WACKER

this 6th day of March, 2001.

FRANCIS E. DOSAL, CLERK

By Susan E Anderson
Susan E. Anderson, Deputy Clerk

5