UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-122 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY P. WACKER,<br>Defendant. | ) | **ORDER** |

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Lonnie F. Bryan, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment in the principal sum of $4,999.09, plus interest to July 22, 2000, in the amount of $2,588.61, plus additional prejudgment interest from July 22, 2000, at the rate of eight percent (8%) per annum, pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00, together with postjudgment interest, costs and disbursements as allowed by law, be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 16, 2001

John R. Tunheim
JOHN R. TUNHEIM, Judge
United States District Court

FILED MAY 1 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ... 1 6 2001
DEPUTY CLERK